# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 560-2018-00093 |

**Missouri Commission on Human Rights**
*State or local agency, if any*

| Name (Indicate Mr., Ms., Mrs.) | Home Phone No. (Incl Area Code) | Date of Birth |
|---|---|---|
| John N. Castellano III | 314-518-1655 | 06/18/1973 |

| Street Address | City, State and Zip Code |
|---|---|
| 5253 Bonita | St. Louis, MO 63109 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| City of St. Louis/St. Louis Sheriff's Department | 15+ | 314-622-4131 |

| Street Address | City, State and Zip Code |
|---|---|
| 1114 Market St., Suite 112 | St. Louis, MO 63101 |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| See Below | | |

| Street Address | City, State and Zip Code |
|---|---|
| | |

**DISCRIMINATION BASED ON** *(Check Appropriate Box(es).)*

☒ RACE  ☒ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER *(Specify below.)*

Other:

**DATE(S) DISCRIMINATION TOOK PLACE**
Earliest — Latest: 8/7/17

☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s))*:

I have been an employee of the Sheriff's Department since August 9, 1998. I am a Caucasian male. In September/October 2016, I put in my application to be considered for promotion to sergeant. According to the Manual of Policy, Rules and Regulations promulgated by the Sheriff, promotions are from eligibility lists based upon competitive testing.

On or about August 7, 2017, Danny McGinnis (African American male) was promoted to sergeant without any competitive testing. He is less qualified for the position. Prior to this promotion, another African American deputy was promoted to sergeant without any competitive testing, who was not qualified for the promotion according to the Department's own Manual of Policy, Rules, and Regulations. I filed a Charge of Discrimination related to this promotion on June 12, 2017 at Charge No. 560-2017-01475. I was discriminated against because of my race when an African American employee of the Sheriff's Department was promoted over me to the rank of sergeant. I was also

---

I want this charge filed with both EEOC and the State or Local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

10/5/17 — [signature] John N. Castellano III
Date — Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
*(month, day, year)*

Depo EXHIBIT 2

2017 OCT 11 AM 5:26 RECEIVED EEOC ST LOUIS DISTRICT

DFT - 000810

Exhibit 25

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☐ EEOC | 560-2018-00093 |

## Missouri Commission on Human Rights
*State or local agency, if any*

THE PARTICULARS ARE (Continued from previous page):

retaliated against for filing a Charge of Discrimination when I was not promoted.

Upon information and belief, African American employees of the Sheriff's Department have been given pay raises that have not been given to Caucasian employees.

Supervisors Discriminating Against Me:

Vernon Betts, Sheriff        1114 Market St., Suite 112, St. Louis, MO 63101    314-622-4131

RECEIVED EEOC ST LOUIS DISTRICT 2017 OCT 11 AM 5:26

| I want this charge filed with both EEOC and the State or Local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| | I swear or affirm that I have read the above charge and that it is true to |
| I declare under penalty of perjury that the above is true and correct. | The best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| Date          Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year) |

DFT - 000811