### Deputy John N. Castellano III

This letter is to show my intent to be considered for promotion within this department. To give a little background about myself I have been a deputy from August of 1998. I was awarded top academic when I graduated from the Sheriff Academy. I have worked in the transportation office for 10 years and court rooms for 10 years. I am a life time member of the Sheriffs association. In 2009 I was certified as a P.O.S.T generalist instructor. I have been instructing deputies in 4 academy classes.  In 2011 I did 40 hours of Active Shooter Instructor course. I gave a half day class on this to the department and shorter class to the academy classes. Then in August 5th of 2013 I did a 40 hour State & Local Court Security Seminar with the U.S. Marshal's. In this I got training on how to deal with high profile cases and securty in and around the courthouse. In 2018 I atended a 40 hour seminar at C.O.P.S. Concerns of Police Survivors which dealt with officer loss in the line of duty, suicide pervention and suvivors benefits. I have also done the 40 hour Crisis Intervention training last year. Almost all of this training was given to me by the department because they see that I have the skills to use this to better my fellow deputies. Even before that I was used as a training officer for new deputies. I'm very active in the court house when things need to be done I'm one of the first people that is called. When supervisors are on vacation I was routinely ask to fill in for that supervisor. With me doing that it has given me the experience and confidence to lead my fellow deputies. I believe in the philosophy of leading from the front and by example. To know the job and be able to do the job of the deputies I'm supervising. I think that I go that extra mile to show how I'm committed to this department.

Thank you

*[signature]*
3-14-19
John N. Castellano III  E256

Exhibit 27
DFT - 001530